IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway |
| | | Crim. No. 09-318-01 |
| v. | : | |
| | : | |
| VIKTOR SAVTYREV | : | **CONSENT ORDER** |

UPON application of the defendant Viktor Savtyrev, Robert G. Stahl, Esq., appearing, and with the consent of the Acting United States Attorney Ralph J. Marra (AUSA Seth Kosto appearing) for an order modifying defendant's conditions of release to return the United States Passports of Defendant's wife and two minor children, with the knowledge and consent of Pre-Trial Services ("PTS"), and

IT IS ON this ___ day of October, 2009, Ordered that:

The United States Passports of defendant's wife and two minor children that are currently being held by PTS shall be returned. Defendant will continue to abide by all other prior conditions set by the Court and PTS.

CONSENTED TO:

_____
AUSA Seth Kosto

_____
Robert G. Stahl, Esq.

SO ORDERED.

_____
HON. JOSEPH A. GREENAWAY, Jr.
UNITED STATES DISTRICT JUDGE