# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER AMENDING THE ORDER OF NOVEMBER 6, 2009 |
| v. | : | |
| | : | Crim. No. 09-318 |
| VIKTOR SAVTYREV, | : | |
| a/k/a "Viktor Savturev" | : | HON. JOSEPH A. GREENAWAY, JR. |

The Court having on November 6, 2009 issued an Order enjoining the US-ICE from taking defendant Viktor Savtyrev into administrative custody; and the Court having been advised on November 9, 2009, that Savtyrev was already in administrative custody under the provisions of the Title 8, United States Code, Section 1226(c) at or about the time the Order was issued and prior to US-ICE receiving the Order; and the Parties having requested clarification of the Order, and the Court having held a telephone conference with counsel for defendant (Thomas Moseley, Esq.), and counsel for the United States (Colette R. Buchanan, AUSA); and good cause appearing,

It is hereby ORDERED that the US-ICE shall release Viktor Savtyrev from administrative custody and US-ICE is further enjoined from taking him into administrative custody prior to the surrender date for the sentence imposed by the Court in the above-captioned matter.

_____
HON. JOSEPH A. GREENAWAY, JR.
United States District Judge

Newark, New Jersey
November ___9___, 2009